**FILED**

JUL 27 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID THRASHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **11 1367** |
| v. ) | |
| ) | |
| WILLIAM K. SUTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court for consideration of petitioner's application to proceed *in forma pauperis* and *pro se* petition. The Court will grant the application and dismiss the petition.

Plaintiff, who currently is incarcerated in Missouri, alleges that the Clerk of the Supreme Court of the United States forged an Order denying his petition for a writ of certiorari. Compl. at 4; *see id.*, App'x A (Letter to plaintiff from William K. Suter, Clerk, Supreme Court of the United States, dated March 1, 2010). By this action, plaintiff alleges that defendant violated rights protected under the Fifth Amendment to the United States Constitution, and has caused him to "suffer[] trauma to his mental and cerebro [sic] damaged capacity." Compl. at 4. He demands a declaratory judgment and compensatory and punitive damages. *Id.* at 5.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any,

1

must be taken by the Justices of the Supreme Court and the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court officials have absolute immunity for their actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Colleen Kollar-Kotelly
United States District Judge

DATE: July 22, 2011